FILE COPY



# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 31, 2017

Andrew Warthen
Assistant Criminal District Attorney
101 W. Nueva St.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Kevin Stryker
Attorney at Law
217 Arden Grove St.
San Antonio, TX 78215
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-17-00319-CR, 04-17-00320-CR
        Trial Court Case Number:     2013CR10739W, 2013CR4990
        Style:  John K. Marlon
                v.
                The State of Texas

Dear Counsel:

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on December 12, 2017, to the following panel: Chief Justice Sandee Bryan Marion, Justice Marialyn Barnard, and Justice Luz Elena D. Chapa. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this letter.

Very truly yours,

Sandee Bryan Marion, Chief Justice

cc: Nicholas A. LaHood (DELIVERED VIA E-MAIL)